# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SEYMOUR, STEPHANIE K. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS | 3. Date of Report<br><br>05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE--SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual      ☐ Final<br><br>5b. ☐     Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>4-562 U.S. COURTHOUSE<br>333 WEST FOURTH<br>TULSA, OK 74103-3877 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐     NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |
| 2. | Board Member | Crested Butte Music Festival, Crested Butte, CO |
| 3. | Board Member | Tenth Circuit Historical Society, Denver, CO |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑     NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | self-employed - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Univ. of Calif. - Irvine Law School | 3/22/2012 - 3/24/2012 | Irvine, CA | Judge Moot Court Competition | Air fare, lodging, food, miscellaneous travel expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Oklahoma, Tulsa, OK | Mortgage on Rental Property, Tulsa OK (Part VII, Line 3) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Okla. Accts | A | Int./Div. | K | T | | | | | |
| 2. F&M Bank Accounts | A | Interest | K | T | | | | | |
| 3. Rental Property, Tulsa, OK ($630,000, 5/1/2001) (X) | E | Rent | O | R | | | | | |
| 4. Rental Property, Mt. Crested Butte, CO ($245,000, 9/1/92)(X) | C | Rent | O | R | | | | | |
| 5. Lot, Mt. Crested Butte, CO ($81,000, 8/10/94) (X) | | None | L | R | | | | | |
| 6. Brokerage #5 (H) | | | | | | | | | |
| 7. -Cathay Bk CA (CD) | A | Interest | L | T | Buy | 2/3/12 | L | | |
| 8. -Cavanal Hill TX Fr MM -Slct (cash equivalent) | A | Int./Div. | J | T | | | | | |
| 9. -Community West Bk CA (CD) | D | Interest | M | T | | | | | |
| 10. -Four Oaks B&t NC (CD) | D | Interest | M | T | | | | | |
| 11. -GE Capital Fin'l UT (CD) | D | Interest | M | T | | | | | |
| 12. -North Star Bk FL (CD) | A | Interest | L | T | Buy | 11/13/12 | L | | |
| 13. -Tenn Commerce Bk TN (CD) | A | Interest | | | Sold | 2/3/12 | L | | |
| 14. -1st Rep Bk BofA CA (CD) | C | Interest | L | T | | | | | |
| 15. -1st Rep Bk BofA CA (CD) | C | Interest | L | T | | | | | |
| 16. IRA #5 (H) | | | | | | | | | |
| 17. -UBS Bank USA Account | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Global Real Estate Fd (ASRAX) (mutual fund) | A | Dividend | K | T | Buy | 08/28/12 | K | | |
| 19. Eagle Rock Energy Partners (EROC) (common) | | None | | | Buy | 11/07/12 | J | | |
| 20. | | | | | Sold | 12/28/12 | J | | |
| 21. Energy Transfer Partners (ETP) (common) | | None | | | Buy | 11/07/12 | J | | |
| 22. | | | | | Sold | 12/28/12 | J | A | |
| 23. PAA Nat. Gas Storage LP MLP (PNG) (common) | | None | | | Buy | 11/07/12 | J | | |
| 24. | | | | | Sold | 12/28/12 | J | | |
| 25. Regency Energy Ptnrs LP Units REPSTG (RGP) (common) | | None | | | Buy | 11/07/12 | J | | |
| 26. | | | | | Sold | 12/28/12 | J | | |
| 27. IShares Trust S&P US PFD Stock Index Fund (PFF) (ETF) | A | Dividend | K | T | Buy | 10/04/12 | K | | |
| 28. SPDR Barclays Cap High Yd (JNK) (ETF) | A | Dividend | K | T | Buy | 08/28/12 | K | | |
| 29. Vanguard Short Term Corp BD (BND) (ETF) | A | Dividend | K | T | Buy | 8/28/12 | K | | |
| 30. Double Line Total Return Fund N (DLTNX) (mutual fund) | A | Dividend | K | T | Buy | 7/25/12 | K | | |
| 31. Loomis Sayles Investment Grade Bond (LIGRX) (mutual fund) | B | Dividend | K | T | Buy | 7/25/12 | K | | |
| 32. TCW Emerging Markets Income Fd Cl N (TGINX) (mutual fund) | B | Dividend | K | T | Buy | 7/25/12 | K | | |
| 33. | | | | | Buy (add'l) | 8/28/12 | J | | |
| 34. Virtus Multi-Sector Short Term Bond (NARAX) (mutual fund) | A | Dividend | K | T | Buy | 7/25/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kimco Realty Corp 6.900% (KIM.PRH) (preferred) | | None | J | T | Buy | 10/4/12 | J | | |
| 36. PS Business Parks Inc Cuml Ser S 6.450% (preferred) | A | Dividend | J | T | Buy | 10/4/12 | J | | |
| 37. Public Storage 6.500% Pref CLBL Par Val(PSA.PRP) (preferred) | A | Dividend | J | T | Buy | 10/4/12 | J | | |
| 38. Vornado Rlty TR Cuml Ser J Pref 6.875 (VNO.PRJ) (preferred) | | None | J | T | Buy | 10/4/12 | J | | |
| 39. Weingarten Realty Invest 8.100% (WRD) (preferred) | A | Dividend | J | T | Buy | 10/4/12 | J | | |
| 40. IRA #6 (H) | | | | | | | | | |
| 41. -UBS Bank USA Accounts | A | Interest | N | T | | | | | |
| 42. -UBS Select Treasury Institutional Fund (SETXX) (MM) | A | Dividend | | | Sold (part) | 5/1/12 | N | | |
| 43. | | | | | Sold (part) | 5/30/12 | J | | |
| 44. | | | | | Sold (part) | 7/26/12 | N | | |
| 45. | | | | | Sold | 8/28/12 | O | | |
| 46. Invesco Global Real Estate Income Fd (ASRAX) (mutual fund) | B | Dividend | L | T | Buy | 8/28/12 | L | | |
| 47. Eagle Rock Energy Partners (EROC) (common) | | None | | | Buy | 11/7/12 | J | | |
| 48. | | | | | Sold | 12/28/12 | J | | |
| 49. Energy Transfer Partners LP MLP (ETP) (common) | | None | | | Buy | 11/7/12 | J | | |
| 50. | | | | | Sold | 12/28/12 | J | A | |
| 51. PAA Nat Gas Storage LP MLP (PNG) (common) | | None | | | Buy | 11/7/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 12/28/12 | J | | |
| 53. Regency Energy Partners LP Units REPSTG LTD (RGP (common) | | None | | | Buy | 11/7/12 | J | | |
| 54. | | | | | Sold | 12/28/12 | J | | |
| 55. IShares Trust S&P US Pfd Stock Index Fund (PFF) (ETF) | A | Dividend | L | T | Buy | 10/4/12 | L | | |
| 56. SPDR Barclays Capital High Yield (JNK) (ETF) | B | Dividend | L | T | Buy | 8/28/12 | L | | |
| 57. Vanguard Short Term Corporate Bond (BND) (ETF) | A | Dividend | L | T | Buy | 8/28/12 | L | | |
| 58. Double Line Total Return Fund (DLTNX) (mutual fund) | B | Dividend | M | T | Buy | 7/25/12 | M | | |
| 59. Loomis Sayles Investment Grade Bond (LIGRX) (mutual fund) | C | Dividend | M | T | Buy | 7/25/12 | M | | |
| 60. TCW Emerging Markets Income Fd Class N (TGINX) (mutual fund) | C | Dividend | L | T | Buy | 7/25/12 | L | | |
| 61. | | | | | Buy (add'l) | 8/28/12 | K | | |
| 62. Virtus Multi-Sector Short Term Bond (NARAX) (mutual fund) | B | Dividend | M | T | Buy | 7/25/12 | M | | |
| 63. Kimco Realty Corp 6.900% (KIM.PRH) (preferrred) | | None | J | T | Buy | 10/4/12 | J | | |
| 64. PS Business Parks Inc Cuml Ser S 6.450% (preferred) | A | Dividend | J | T | Buy | 10/4/12 | J | | |
| 65. Public Storage 6.5% Pref CLBL Par Value(PSA.PRP) (preferred) | A | Dividend | J | T | Buy | 10/4/12 | J | | |
| 66. Vornado Rlty TR Cuml Ser J 6.875% (VNO.PRJ) (preferred) | | None | J | T | Buy | 10/4/12 | J | | |
| 67. Weingarten Realty Invest 8.100% (WRD) (preferred) | A | Dividend | J | T | Buy | 10/4/12 | J | | |
| 68. Brokerage #8 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -BOK Financial Corp. New (BOKF) (common) | | | | | Merged (with line 73) | 5/14/12 | L | | |
| 70. -Lincoln Nat'l Choice Plus Assur L Share | | None | | | Merged (with line 76) | 5/14/12 | O | | |
| 71. Brokerage #9 (H) | | | | | | | | | |
| 72. -UBS Bank USA Account | A | Interest | K | T | | | | | |
| 73. -BOK Financial Corp. New (BOKF) (common) | C | Dividend | O | T | | | | | |
| 74. -Jackson Nat'l Life Ins Co Perspective L Series Class L | | None | N | T | Buy | 5/30/12 | M | | |
| 75. -Lincoln Nat'l Choice Plus Assurance L Share | | None | O | T | | | | | |
| 76. -Lincoln Nat'l Choice Plus Assur L Share | | None | O | T | | | | | |
| 77. -Ohio Nat'l Oncore Lite II Class L | | None | N | T | Buy | 5/30/12 | M | | |
| 78. (H) Brokerage #10 | | | | | | | | | |
| 79. -UBS Bank USA Account | A | Interest | M | T | Open | 4/10/12 | J | | |
| 80. -RMA Money Mkt. Portfolio Account | A | Interest | | | Closed | 6/21/12 | L | | |
| 81. -Blackrock Strategic Income A (BASIX) (mutual fund) | B | Dividend | L | T | Sold (part) | 7/25/12 | J | | |
| 82. -Consumers Staples Sector SPDR Trust (XLP) (ETF) | A | Dividend | K | T | Sold (part) | 7/5/12 | J | A | |
| 83. -Health Care Select Sector SPDR Fund (XLV) (ETF) | A | Dividend | K | T | Buy | 1/6/12 | K | | |
| 84. | | | | | Sold (part) | 7/25/12 | J | A | |
| 85. -IShares Trust S&P Growth Index Fund (IVW) (ETF) | A | Dividend | L | T | Buy | 1/6/2012 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 7/25/12 | J | A | |
| 87. -Vanguard Total Stock Market (VTI) (ETF) | B | Dividend | M | T | Buy | 2/6/12 | K | | |
| 88. | | | | | Buy (add'l) | 7/25/12 | L | | |
| 89. -Vanguard REIT (VNQ) (ETF) | B | Dividend | K | T | Buy | 1/6/12 | K | | |
| 90. | | | | | Sold (part) | 7/25/12 | J | A | |
| 91. -SPDR Barclays Capital High Yield (JNK) (ETF) | C | Dividend | L | T | Buy | 2/6/12 | K | | |
| 92. -Double Line Total Return Fund N (DLTNX) (mutual-fund) | C | Dividend | L | T | Sold (part) | 1/9/12 | J | A | |
| 93. | | | | | Sold (part) | 7/25/12 | J | A | |
| 94. -Franklin Templeton Global Bd Fd Cl A (TPINX) | C | Dividend | L | T | Sold (part) | 7/25/12 | J | | |
| 95. -TCW Emerging Markets Income Fund (TGINX) (mutual fund) | B | Dividend | K | T | Buy | 7/25/12 | K | | |
| 96. -Invesco Balanced-Risk Allocation Fund (ABRZX) (mutal-fund) | D | Dividend | M | T | Sold (part) | 1/6/12 | J | | |
| 97. | | | | | Sold (part) | 7/25/12 | J | A | |
| 98. -Powershares QQQ Trust (QQQ) (ETF) | A | Dividend | | | Buy | 7/25/12 | K | | |
| 99. | | | | | Sold | 11/7/12 | L | B | |
| 100. -Invesco Floating Rate Fund (AFRAX) (mutual-fund) | B | Dividend | L | T | Sold (part) | 1/6/12 | J | | |
| 101. | | | | | Sold (part) | 7/25/12 | J | | |
| 102. -IShares Barclays Tips Bond Fund (TIP) (ETF) | A | Dividend | K | T | Sold (part) | 1/6/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -IShares IBoxx Invt Grade Corp Bond Fund (LQD) (ETF) | A | Dividend | K | T | Sold (part) | 7/25/12 | J | A | |
| 104. -SPDR Gold Trust (GLD) (ETF) | | None | | | Sold | 1/5/12 | K | B | |
| 105. -SPDR S&P Dividend ETF (SDY) (ETF) | B | Dividend | M | T | Buy (add'l) | 7/25/12 | J | | |
| 106. -Utilities Sector SPDR Trust (XLU) (ETF) | A | Dividend | | | Sold (part) | 7/25/12 | J | A | |
| 107. | | | | | Sold | 12/5/12 | K | A | |
| 108. -Vanguard FTSE Emerging Markets (VWO) (ETF) | | | | | Buy | 2/6/12 | K | | |
| 109. | | | | | Sold | 6/8/12 | K | | |
| 110. -Vanguard Bd Index Fd Inc Total Bond Mkt (BND) (ETF) | B | Dividend | K | T | | | | | |
| 111. -Virtus Premium Alpha Sector Fund A (VAPAX) (mutual-fund) | A | Dividend | | | Sold (part) | 1/6/12 | J | A | |
| 112. | | | | | Sold (part) | 2/6/12 | K | B | |
| 113. | | | | | Sold | 7/5/12 | L | C | |
| 114. Brokerage #11 (H) | | | | | | | | | |
| 115. -UBS RMA Money Mkt Portfolio Account (X) | A | Interest | K | T | | | | | |
| 116. IRA #7 (H) | | | | | | | | | |
| 117. -UBS Bank USA Account | A | Interest | M | T | Open | 5/4/12 | N | | |
| 118. -UBS Liquid Assets Fund Account | A | Interest | | | Open | 5/7/12 | M | | |
| 119. | | | | | Closed | 7/24/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -AFLAC Inc (AFL) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 121. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 122. | | | | | Sold (part) | 8/13/12 | J | A | |
| 123. | | | | | Sold | 11/19/12 | J | A | |
| 124. | | | | | Buy | 12/18/12 | K | | |
| 125. -Air Prod & Chemical Inc (APD) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 126. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 127. -Astrazeneca PLC Spon ADR (AZN) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 128. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 129. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 130. -Bank of Nova Scotia Canada CAD (BNS) (common) | A | Dividend | J | T | Buy | 6/7/12 | J | | |
| 131. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 132. | | | | | Sold (part) | 12/24/12 | J | A | |
| 133. -Boeinig Company De (BA) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 134. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 135. -British Amer Tobacco Plc GB Spon ADR (BTI) (common) | | None | | | Buy | 6/7/12 | J | | |
| 136. | | | | | Sold | 7/6/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Clorox Co (CLX) (common) | | None | J | T | Buy | 11/13/12 | J | | |
| 138.  -Coca Cola Co Com (KO) (common) | A | Dividend | J | T | Buy | 6/7/12 | J | | |
| 139. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 140.  -Colgate Palmolive Co. (CL) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 141. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 142. | | | | | Sold (part) | 10/19/12 | J | A | |
| 143. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 144.  -CSX Corporation (CSX) (common) | A | Dividend | K | T | Buy | 6/15/12 | J | | |
| 145. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 146. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 147.  -Diageo Plc New GB Spon ADR (DEO) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 148. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 149. | | | | | Sold (part) | 10/22/12 | J | B | |
| 150. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 151.  -Emerson Electric Co. (EMR) (common) | A | Dividend | | | Buy | 6/7/12 | J | | |
| 152. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 153. | | | | | Sold | 12/24/12 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Exxon Mobil Corp (XOM (common) | A | Dividend | | | Buy | 6/7/12 | J | | |
| 155. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 156. | | | | | Sold (part) | 10/18/12 | J | A | |
| 157. | | | | | Sold | 11/8/12 | J | A | |
| 158. -Genl Mills Inc (GIS) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 159. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 160. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 161. -Glaxo SmithKline Plc ADR (GSK) (common) | | None | | | Buy | 8/20/12 | J | | |
| 162. | | | | | Sold | 10/1/12 | J | A | |
| 163. -Home Depot Inc. | A | Dividend | | | Buy | 6/7/12 | J | | |
| 164. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 165. | | | | | Sold (part) | 11/19/12 | J | B | |
| 166. | | | | | Sold | 11/19/12 | J | A | |
| 167. -Illinois Tool Works Inc (ITW) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 168. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 169. | | | | | Buy (add'l) | 8/20/12 | J | | |
| 170. | | | | | Buy (add'l) | 12/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/14/12 | J | A | |
| 172. -Intel Corp (INTC) (common) | A | Dividend | J | T | Buy | 6/7/12 | J | | |
| 173. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 174. | | | | | Buy (add'l) | 8/20/12 | J | | |
| 175. -Johnson & Johnson Com (JNJ) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 176. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 177. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 178. -Medtronic Inc (MDT) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 179. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 180. | | | | | Sold (part) | 11/19/12 | J | A | |
| 181. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 182. -Nextera Energy Inc Com (NEE) (common) | A | Dividend | J | T | Buy | 6/7/12 | J | | |
| 183. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 184. -Novartis AG Spon ADR (NVS) (common) | | None | J | T | Buy | 6/7/12 | J | | |
| 185. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 186. | | | | | Sold (part) | 10/22/12 | J | A | |
| 187. | | | | | Buy (add'l) | 12/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Occidental Petroleum Crp (OXY) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 189. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 190. -Raytheon Co. (RTN) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 191. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 192. -Sanofi Spon ADR (SNY) (common) | | None | | | Buy | 6/7/12 | J | | |
| 193. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 194. | | | | | Sold | 12/24/12 | K | B | |
| 195. -Toronto Dominion Bk New Canada CAD (TD) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 196. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 197. -Total SA France Spon ADR (TOT) (common) | A | Dividend | K | T | Buy | 7/9/12 | J | | |
| 198. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 199. -United Parcel Service Inc CL B (UPS) (common) | A | Dividend | J | T | Buy | 6/7/12 | J | | |
| 200. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 201. -Untd Technologies Corp (UTX) (common) | A | Dividend | K | T | Buy | 6/7/12 | J | | |
| 202. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 203. -VF Corp | A | Dividend | K | T | Buy | 11/13/12 | K | | |
| 204. -Vodafone Group PLC New Spon ADR (VOD) (common) | | None | K | T | Buy | 6/7/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 206. | | | | | Buy (add'l) | 8/20/12 | J | | |
| 207. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 208. -WPP PLC Spon ADR De (WPPGY) (common) | A | Dividend | | | Buy | 6/7/12 | J | | |
| 209. | | | | | Buy (add'l) | 7/19/12 | J | | |
| 210. | | | | | Sold (part) | 8/20/12 | J | A | |
| 211. | | | | | Sold | 11/13/12 | J | | |
| 212. Brokerage #12 (H) | | | | | | | | | |
| 213. -UBS Bank Deposit Account | A | Interest | M | T | Open | 5/2/12 | N | | |
| 214. -RMA Govt Portfolio Account | A | Interest | | | Open | 5/2/12 | P1 | | |
| 215. | | | | | Closed | 10/23/12 | J | | |
| 216. -Invesco Global Real Estate Incomr Fd (ASRAX) (mutual fund) | B | Dividend | L | T | Buy | 8/28/12 | L | | |
| 217. -Eagle Rock Energy Partners Ltd (EROC) (common) | | None | J | T | Buy | 11/7/12 | J | | |
| 218. -Energy Transfer Partners LP (ETP) (comon) | | None | K | T | Buy | 11/7/12 | J | | |
| 219. -PAA Nat Gas Storage LP MLP (PNG) (common) | | None | J | T | Buy | 11/7/12 | J | | |
| 220. -Regency Energy Partners LP Units REPSTG Ltd (RGO) (common) | | None | J | T | Buy | 11/7/12 | J | | |
| 221. -JP Morgan Chase & Co 5.250% (corp bond) | A | Interest | K | T | Buy | 8/28/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Goldman Sachs Grp Inc 3.625% (corp bond) | | None | K | T | Buy | 8/28/12 | K | | |
| 223. -Genl Elec Co. 5.250% (corp bond) | A | Interest | K | T | Buy | 8/28/12 | K | | |
| 224. -Petrobras Intl Fin 5.875% (corp bond) | A | Interest | K | T | Buy | 8/28/12 | K | | |
| 225. -IShares Trust S&P U S PFD Stock Index (PFF) (ETF) | A | Dividend | L | T | Buy | 10/4/12 | L | | |
| 226. -SPDR Barclays Capital High Yield (JNK) (ETF) | B | Dividend | L | T | Buy | 8/28/12 | L | | |
| 227. -Vanguard Short Term Corp BD (BND) (ETF) | A | Dividend | L | T | Buy | 8/28/12 | L | | |
| 228. -Double Line Total Return Fund N (DLTNX) (mutual fund) | C | Dividend | M | T | Buy | 7/27/12 | M | | |
| 229. -Loomis Sayles Investment Grade Bd (LIGRX) (mutual fund) | D | Dividend | M | T | Buy | 7/26/12 | M | | |
| 230. -TCW Emerging Markets Income Fund CL N (TGINX) (mutual fund) | C | Dividend | M | T | Buy | 7/26/12 | L | | |
| 231. | | | | | Buy (add'l) | 8/28/12 | K | | |
| 232. -Virtus Multi-Sector Short Term Bd (NARAX) (mutual fund) | B | Dividend | M | T | Buy | 7/26/12 | M | | |
| 233. -Kimco Realty Corp 6.9% (KIM.PRH) (preferred) | | None | J | T | Buy | 10/4/12 | J | | |
| 234. -PS Business Parks Inc Cuml Ser S 6.450% (preferred) | A | Dividend | J | T | Buy | 10/4/12 | J | | |
| 235. -Public Storage 6.5% Pref CLBL Par Val (PSA.PRP) (preferred) | A | Dividend | J | T | Buy | 10/4/12 | J | | |
| 236. -Vornado Rlty Tr Cuml Ser J 6.875% (VNO.PRJ) (preferred) | | None | J | T | Buy | 10/4/12 | J | | |
| 237. -Weingarten Realty Invest 8.100% (WRD) (preferred) | A | Dividend | J | T | Buy | 10/4/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 4 -- Rental Property, Mt. Crested Butte, CO,       and therefore not previously reported

Part VII, Line 5 -- Lot, Mt. Crested Butte, CO, is adjacent to rental property reported on Line 4 and      therefore not previously reportable. Howver, since the lot does not increase the rental value of that property, it is now considered a separate investment property and is therefore reportable.

Part VII, Lines 6, 16, 40, 68, 71, 78, and 114 -- The IRA and Brokerage Accounts have retained the same heading numbers as in the 2011 report. IRA and Brokerage Account headers that were listed in 2011 but not in this report were closed in 2011.

Part VII, Lines 116 and 212 -- These IRA and Brokerakge Accounts were opened in 2012 and assigned the next sequential number.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHANIE K. SEYMOUR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544